UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. |
| | ) |
| V. | ) |
| | ) VIOLATIONS: |
| ANDRE ROSADO, | ) 21 U.S.C. § 841(a)(1) -- |
| a/k/a "DRE" | ) Distribution of |
| | ) Cocaine Base |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. §853-- |
| | ) Criminal Forfeiture |
| | ) Allegation |

INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about February 23, 2005, at Fitchburg, in the District of Massachusetts,

ANDRE ROSADO, a/k/a "DRE,"

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation

of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**ANDRE ROSADO, A/K/A "DRE,"**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

-3-

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS                    March 31, 2005


Returned into the District Court by the Grand Jurors and filed.

_____
             Deputy Clerk

 2:05 PM
 3/31/05

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Fitchburg    **Category No.** II    **Investigating Agency** DEA

**City** Fitchburg    **Related Case Information:**

**County** Worcester    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Andre Rosado    Juvenile:   ☐ Yes   X No

Alias Name    "Dre"

Address    37 Pleasant Street, Fitchburg, MA

Birthdate: 1976    SS # 8431    Sex: MALE   Race: Hispanic    Nationalit USA

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    JOHN A. WORTMANN, JR.    Bar Number if applicable    534680

**Interpreter:**   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**   X Yes   No

   X  Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____
   Already in State Custody at _____ ☐ Serving Sentence    Awaiting Trial
   On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/31/05    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ANDRE ROSADO, A/K/A "DRE"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841 | Distribution of cocaine base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____