UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                )

v.                              )        **Criminal No. 05-40011-FDS**
                                )

ANDRE ROSADO               )

## GOVERNMENT'S MOTION TO UNSEAL
## INDICTMENT

The United States of America hereby moves this Court to direct that the indictment

be unsealed. In support of this motion, the government states that the defendant was arrested

on April 6, 2005, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /S John A. Wortmann, Jr.
      JOHN A. WORTMANN, JR.
      Assistant U.S. Attorney

Date: April 7, 2005

4-7-05
allowed