# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ANDRE ROSADO, A/K/A "DRE"

WARRANT FOR ARREST
Case Number: 05-40011-FDS

*executed in open court 4/7/2005 /s/*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANDRE ROSADO, A/K/A "DRE"__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Distribution of cocaine base, a/k/a "crack cocaine"**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

Name of Issuing Officer: ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Signature of Issuing Officer: /s/

Title of Issuing Officer

Boston, MA; March 31, 2005
Date and Location

Bail fixed at $ _____ BY _____

*RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 APR -4 P 3:52*

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT __Fitchburg, Massachusetts__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/6/05 | DAVID M DINUCCIO Special Agent / DEA | David M DiNuccio |