UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>)<br>ANDRE ROSADO,                    )<br>    A/K/A "DRE"                  ) | Criminal No. 05-40011-FDS |

## INFORMATION

1. On or about February 1, 1996, ANDRE ROSADO, A/K/A "DRE" was convicted in the Worcester Superior Court Dkt. No. WOCR-1995-0037 of possession of a Class B Substance with intent to distribute in violation of M.G.L.c. 94C, §32A ¶(a), all as more fully described in the documents attached as Exhibit 1;

2. ANDRE ROSADO has been named as a defendant in an Indictment numbered 05-40011-FDS, charging him with distribution of cocaine base, a/k/a "crack cocaine."

3. By way of this information, the government notifies ANDRE ROSADO that he is charged with committing the crime alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

Dated: April 8, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by mail and to counsel for Andre Rosado.

_____  4.8.05
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
Case Summary
Criminal Docket

## WOCR1995-00377
### Commonwealth v Rosado, Andre

| | | | | | |
|---|---|---|---|---|---|
| File Date | 06/14/1995 | Status | Disposed (sentenced) (dsenimp) | | |
| Status Date | 02/01/1996 | Session | 1 - Crim 1 (204 Worcester) | | |
| Jury Trial | Waived | Origin | I - Indictment | | |
| Lead Case | | | | | |
| | | | | Final PTC | |
| Arraignment | 06/19/1995 | Track | | Status Date | 07/20/1995 |
| Disp. Deadline | 06/18/1996 | Deadline Status | Deadline active since return date | Start Date | |
| Pro Se Deft | No | Custody Status | Worcester House of Correction | Prior Record | Unknown |
| Weapon | | Substance | | | |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 01/13/1995<br>Class B substnc, distrib/manufac | 094C:032A:a | Dismissed | 02/01/1996 |
| 2 | 02/02/1995<br>Class B substnc, distrib/manufac | 094C:032A:a | Guilty plea | 02/01/1996 |
| 3 | 02/09/1995<br>Class B substnc, distrib/manufac | 094C:032A:a | Guilty plea | 02/01/1996 |

### PARTIES

**Defendant**
Andre Rosado
DOB: 09/05/1976
Gender: Male
Active 06/14/1995

**Plaintiff**
Commonwealth
Gender: Unknown
Active 06/14/1995

**Private Counsel** 501860
Herbert F Travers III
Worcester County District Atty's Office
2 Main Street
Courthouse
Worcester, MA 01608
Phone: 508-755-8601
Fax: 508-831-9899
Active 07/14/1995 Notify

A true copy by photostatic process
Attest:
Asst. Clerk

**District Atty's Office** 552973
Gregory J White
Middlesex County District Atty's Office
40 Thorndike Street
Cambridge, MA 02141
Phone: 617-679-6500
Fax: 617-225-0871
Active 06/19/1995 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/14/1995 | 1.0 | Indictment returned |
| 06/15/1995 | | Warrant issued |
| 06/19/1995 | | Default removed; warrant recalled (Josephson, J.) |
| 06/19/1995 | | Plea of not guilty |
| 06/19/1995 | | Deft released on personal recognizance (Josephson, J.) |
| 07/14/1995 | | Appointment of Counsel Travers III |
| 07/14/1995 | | Legal counsel fee assessed: $100.00 |
| 11/14/1995 | 2.0 | Deft files Motion For Statements of Co-Defendant - ALLOWED by |

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Criminal Docket

# WOCR1995-00377
## Commonwealth v Rosado, Andre

| Date | Paper | Text |
|---|---|---|
| | 2.0 | agreement; (Kottmyer, J.) |
| 11/14/1995 | 3.0 | Deft files Motion For Disclosure of Identificatin Procedure - ALLOWED by agreement; (Kottmyer, J.) |
| 11/14/1995 | 4.0 | Deft files Motion To Inspect Tangible Evidence, Documents and Photographs - ALLOWED by agreement; (Kottmyer, J) |
| 11/14/1995 | 5.0 | Deft files Motion For Exculpatory Evidence - ALLOWED by agreement; (Kottmyer, J.) |
| 11/14/1995 | 6.0 | Deft files Motion For Police Reports - ALLOWED by agreement; (Kottmyer J.) |
| 11/14/1995 | 7.0 | Deft files Motion for Statements of The Defendant - ALLOWED by agreement; (Kottmyer, J.) |
| 11/14/1995 | 8.0 | Deft files Motion For Copies of Photographs - ALLOWED by agreement; (Kottmyer, J.) |
| 12/07/1995 | 9.0 | Deft files Motion To Suppress Identification w/Affidavit of Counsel In Support Of & Memorandum In Support Of. |
| 02/01/1996 | | RE offense 1: Dismissed at request of Commonwealth; (Donohue, J.) |
| 02/01/1996 | | RE offense 2: Guilty plea "Unlawful Possession Cocaine w/intent to Distribute", as to so much of indictment that alleges; (Donohue, J.) |
| 02/01/1996 | | Sentence imposed: 2 1/2 years House of Correction; (Donohue, J.) |
| 02/01/1996 | | Victim-witness fee assessed: $50.00 at House of Correction |
| 02/01/1996 | | Drug fee waived; (Donohue, J.) |
| 02/01/1996 | | Mittimus issued to Worcester House of Correction |
| 02/01/1996 | | RE offense 3: Guilty plea "Unlawful Possession Cocaine", as to so much of indictment that alleges; (Donohue, J.) |
| 02/01/1996 | | Sentence imposed: 2 1/2 years House of Correction concurrent with sentence imposed on 95-0377(2), drug fee waived; (Donohue, J.) |
| 02/01/1996 | | Victim-witness fee assessed: $50.00 |
| 02/06/1996 | | Victim-witness fee paid as assessed - $50.00 |
| 02/16/1996 | 10.0 | Deft files Motion To Revoke & Revise w/Affidavit In Support |
| 02/20/1996 | | Victim-witness fee paid as assessed - $50.00 |
| 07/25/1996 | | Legal counsel fee paid as assessed - $50.00 Paid/Balance due $50.00 |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 07/10/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | |
| 07/14/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | |
| 07/20/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | |
| 08/01/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | |
| 09/07/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | |
| 09/13/1995 | Crim 1 (204 Worcester) | Conference: Pre-Trial | Event held as scheduled |
| 10/04/1995 | Crim 1 (204 Worcester) | Conference: Status Review | Event held as scheduled |
| 10/25/1995 | Crim 1 (204 Worcester) | TRIAL: by jury | |
| 11/14/1995 | Crim 1 (204 Worcester) | TRIAL: by jury | Event canceled not re-scheduled |
| 11/14/1995 | Crim 1 (204 Worcester) | Conference: Status Review | Event held as scheduled |
| 12/08/1995 | Crim 1 (204 Worcester) | TRIAL: by jury | |
| 12/11/1995 | Crim 1 (204 Worcester) | TRIAL: by jury | |
| 01/17/1996 | Crim 2 (203 Worcester) | TRIAL: by jury | |

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Criminal Docket

### WOCR1995-00377
### Commonwealth v Rosado, Andre

| Date | Session | Event | Result |
|---|---|---|---|
| 02/01/1996 | Crim 1 (204 Worcester) | TRIAL: by jury | Event canceled not re-scheduled |

95  0377-1

# Commonwealth of Massachusetts

WORCESTER, S.S.

Superior Court Department of the Trial Court, holden at Worcester, within and for the County of Worcester, for the transaction of criminal business, on the First Monday of June in the year of our Lord one thousand nine hundred and ninety-five.

**The Jurors for the Commonwealth aforesaid, on their Oath Present**

**THAT** Andre Rosado

of Fitchburg in said County of Worcester, on the thirteenth day of January in the year of our Lord one thousand nine hundred and ninety-five

at Fitchburg in said County of Worcester,

did, knowingly or intentionally, unlawfully manufacture, distribute, dispense, or possess with intention to manufacture, distribute, dispense cocaine, a controlled substance defined in clause (4) of paragraph (a) or in clause (2) of paragraph (c) of class B of section 31 of Chapter 94C of the General Laws, in violation of section 32A paragraph (c) of Chapter 94C of the General Laws.

A true bill.

_____
Foreman.

_____
District Attorney.

95    0577-3

# Commonwealth of Massachusetts

WORCESTER, S.S.

Superior Court Department of the Trial Court, holden at Worcester, within and for the County of Worcester, for the transaction of criminal business, on the First Monday of June in the year of our Lord one thousand nine hundred and ninety-five

**The Jurors for the Commonwealth aforesaid, on their Oath Present**

**THAT** Andre Rosado

of Fitchburg in said County of Worcester,

on the ninth day of February in the year of our Lord one thousand nine hundred and ninety-five

at Fitchburg in said County of Worcester,

did, knowingly or intentionally, unlawfully manufacture, distribute, dispense, or possess with intention to manufacture, distribute, dispense cocaine, a controlled substance defined in clause (4) of paragraph (a) or in clause (2) of paragraph (c) of class B of section 31 of Chapter 94C of the General Laws, in violation of section 32A paragraph (a) of Chapter 94C of the General Laws.

A true bill.

_[signature]_ Foreman.

_[signature]_ District Attorney.

95  0377-2

# Commonwealth of Massachusetts

WORCESTER, S.S.

*Superior Court Department of the Trial Court, holden at* Worcester,

*within and for the County of Worcester, for the transaction of criminal business, on*

*the* First *Monday of* June

*in the year of our Lord one thousand nine hundred and* ninety-five

**The Jurors for the Commonwealth aforesaid, on their Oath Present**

**THAT** Andre Rosado

of Fitchburg     in said County of Worcester,

on the second     day of February     in the year of
our Lord one thousand nine hundred and     ninety-five

at Fitchburg     in said County of Worcester,

did, knowingly or intentionally, unlawfully manufacture, distribute, dispense, or possess with intention to manufacture, distribute, dispense cocaine, a controlled substance defined in clause (4) of paragraph (a) or in clause (2) of paragraph (c) of class B of section 31 of Chapter 94C of the General Laws, in violation of section 32A paragraph (a) of Chapter 94C of the General Laws.

A true bill.

[signature]
Foreman.

[signature]
District Attorney.