```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    Cr. No. 05-40011-FDS
                            )
ANDRE ROSADO                )
     Defendant.             )
```

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the United States of America in the above-captioned matter in substitution for John Wortmann.  Please direct all future correspondence to me.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN

                                        United States Attorney

                                        /s/ PETER K. LEVITT
                                 By:  PETER K. LEVITT
                                        Assistant U.S. Attorney
                                        (617) 748-3355

Dated: May 9, 2005