AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

United States of America

v.

Andre Rosado, III,
        Defendant

**APPEARANCE**

CASE NUMBER: 4:05cr40011-FDS-

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Andre Rosado III

I certify that I am admitted to practice in this court.

May 18, 2005
Date

Signature

Stephen W. Wight, Esq.   527480
Print Name                                                                    Bar Number

130 Parker Street, Ste. 30
Address

Lawrence, MA 01843
City                             State                             Zip Code

(978) 685-2400   (978) 794-2096
Phone Number                                                Fax Number