UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 05-40011-FDS
ANDRE ROSADO,                       )
         Defendant,                 )
_____)


                      INITIAL STATUS REPORT
                         May 23, 2005

**SWARTWOOD, C.M.J.**

    The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

    1.   Discovery

    The parties have jointly requested that all discovery motions be filed on or before June 15, 2005, and that opposition to those motions be served by June 22, 2005.  I have granted that request.

    2.   Further Status Conference

    A further status conference shall be held in this case on June 23, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.   Excludable Time

    I am excluding from the Speedy Trial Act, the period from April 25, 2005 (date of expiration of prior order of excludable time) through June 22, 2005 (date by which the Government is to

file its opposition to Mr. Rosado's discovery motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, August 31, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE