UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40011-FDS** |
| ANDRE ROSADO,    ) | |
| Defendant,    ) | |

**ORDER OF EXCLUDABLE TIME**
May 23, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 25, 2005 (date of expiration of prior order of excludable time) through June 22, 2005 (date by which the Government is to file its opposition to Mr. Rosado's discovery motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE