UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
          v.                      )   CRIMINAL ACTION
                                  )   NO. 05-40011-FDS
ANDRE ROSADO,                     )
          Defendant,              )
_____)

STATUS REPORT
June 24, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Saylor, J. to whom this case is assigned:

   1.   Plea Negotiations

   Counsel for the parties have jointly requested additional time to complete plea negotiations.  I have granted that request.

   2.   Further Status Conference

   A further status conference shall be held in this case on July 27, 2005, at 9:15 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

   3.   Excludable Time

   With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 22, 2005 (date of

expiration of prior order of excludable time) through July 27, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 5, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
