UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )    CRIMINAL ACTION
                                   )    NO. 05-40011-FDS
ANDRE ROSADO,                      )
        Defendant,                 )
_____)

STATUS REPORT
July 27, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

The parties have requested additional time to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on August 31, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

I am excluding from the Speedy Trial Act, the period from July 27, 2005 (date of expiration of prior order of excludable time)

through August 31, 2005 (date by which plea negotiations in this case should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, November 9, 2005</u>.

                                              <u>/s/Charles B. Swartwood, III</u>
                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE