UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>ANDRE ROSADO,      )<br>    Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 05-40011-FDS** |

**ORDER OF EXCLUDABLE TIME**
July 27, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 27, 2005 (date of expiration of prior order of excludable time) through August 31, 2005 (date by which plea negotiations in this case should be completed) shall be excluded from the Speedy Trial Act.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE
</pre>