UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
          v.                        )   CRIMINAL ACTION
                                    )   NO. 05-40011-FDS
ANDRE ROSADO,                       )
          Defendant,                )
_____ )

STATUS REPORT
September 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Superseding Indictment

Within a very short period of time, the Government intends to cause a Superseding Indictment to be returned in this case. Therefore, I am continuing this case for a further status conference.

2. Further Status Conference

A further status conference shall be held in this case on September 30, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Rosado, I am excluding from the Speedy Trial Act, the period from August 31, 2005 (date of expiration of prior order of excludable time) through September 30, 2005 (date by which a Superseding Indictment will be returned and discovery with respect to that Indictment will be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, December 9, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE