UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ANDRE ROSADO, ) <br>   Defendant, ) <br> ) | **CRIMINAL ACTION** <br> **NO. 05-40011-FDS** |

**ORDER OF EXCLUDABLE TIME**
**September 14, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 31, 2005 (date of expiration of prior order of excludable time) through September 30, 2005 (date by which a Superseding Indictment will be returned and discovery with respect to that Indictment will be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE