UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )     CRIMINAL ACTION
                               )     NO. 05-40011-FDS
ANDRE ROSADO,                  )
        Defendant,             )
_____)
```

STATUS REPORT
October 3, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Pretrial Discussions

Counsel for the parties have requested a continuance in order that counsel may determine whether or not this case is going to be resolved without a trial. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on November 1, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of Mr.

Rosado's counsel, I am excluding from the Speedy Trial Act, the period from September 30, 2005 (date of expiration of prior order of excludable time) through November 1, 2005 (date by which the parties will be able to determine whether or not this case will proceed to trial).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 10, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE