UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANDRE ROSADO, )<br>Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 05-40011-FDS** |

**ORDER OF EXCLUDABLE TIME**
October 3, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 30, 2005 (date of expiration of prior order of excludable time) through November 1, 2005 (date by which the parties will be able to determine whether or not this case will proceed to trial) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE