UNITED STATES DISTRICT COURT
District of Massachusetts

UNITED STATES OF AMERICA

v.                                             Cr. No. 05-40011-FDS

ANDRE ROSADO,
       Defendant

### MOTION FOR LEAVE TO WITHDRAW and FOR APPOINTMENT OF COUNSEL

NOW COMES Stephen W. Wight, Esq., attorney for Andre Rosado, defendant in the above-entitled indictments, and moves this Honorable Court herewith to allow him leave to withdraw as counsel for Andre Rosado.

Assigning reasons therefore, your movant states:

1. He is counsel for the above-named defendant.
2. He has received a letter from defendant on 10/31/2005 asking for his withdrawal. (Please see letter attached hereto)
3. Andre Rosado does not concur or agree with the advice provided by undersigned counsel.
4. Counsel and defendant can no longer effectively communicate regarding the above matter in light of recent developments and activity undertaken by the defendant.
5. Undersigned counsel requests that this Honorable Court appoint counsel to represent him in the matter so as to protect and preserve any and all constitutional rights due him.

WHEREFORE, your movant respectfully requests that this Honorable Court:

A. Allow him leave to file a withdrawal in the above matter;
B. Appoint counsel to represent the defendant Andre Rosado; and
C. For such further relief as may be fair and just.

11-1-05
allowed
[signature]

Respectfully submitted

_____
Stephen W. Wight, Esq.
130 Parker Street, Ste. 30
Lawrence, MA 01843
(978) 685-2400

CERTIFICATE OF SERVICE

I, Stephen W. Wight, Esq., hereby certify that copies of the foregoing were forwarded, via in hand delivery, to Andre Rosado, defendant, and Peter Levitt, Esq., Assistant U.S. Attorney, this 1st day of November, 2005.

_____
Stephen W. Wight, Esq.

UNITED STATES DISTRICT COURT
District of Massachusetts

UNITED STATES OF AMERICA

v.                                                                    Cr. No. 05-40011-FDS

ANDRE ROSADO,
       Defendant

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the above-named Court:

Please WITHDRAW my appearance for <u>ANDRE ROSADO</u>, Defendant in the above entitled matter.

Dated: 11/1/05

_____
Stephen W. Wight
130 Parker Street, Suite 30
Lawrence, MA 01843
(978) 685-2400