UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 05-40011-FDS |
| ) | |
| V. ) | VIOLATIONS: |
| ) | 21 U.S.C. § 841(a)(1) -- |
| ANDRE ROSADO, ) | Distribution of |
| a/k/a "DRE" ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) -- |
| ) | Possession with intent to |
| ) | Distribute Cocaine Base |
| ) | |
| ) | 18 U.S.C. § 922(c) |
| ) | Possession of a Firearm |
| ) | in Furtherance of a Drug |
| ) | Trafficking Offense |
| ) | |
| ) | 18 U.S.C. § 922 (g)(1) |
| ) | Felon in Possession |
| ) | of a Firearm |
| ) | |
| ) | 21 U.S.C. §853-- |
| ) | Criminal Forfeiture |
| ) | Allegation |

## SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
            Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury charges that:

   On or about February 23, 2005, at Fitchburg, in the District

of Massachusetts,

**ANDRE ROSADO, a/k/a "DRE,"**

defendant herein, did knowingly and intentionally distribute a

quantity of cocaine base, also known as "crack cocaine," a

Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:      (21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute Cocaine Base)

The Grand Jury charges that:

On or about April 6, 2005, at Fitchburg, in the District of Massachusetts,

**ANDRE ROSADO, a/k/a "DRE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:   (18 U.S.C. § 924(c)(1)--Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about April 6, 2005, at Fitchburg in the District of Massachusetts,

**ANDRE ROSADO, a/k/a "DRE,"**

defendant herein, did knowingly and intentionally possess a firearm, to wit: a black Taurus 9 millimeter semi-automatic handgun, Model PT99AF, bearing Serial Number TRE08150, and a black and silver Taurus 9 millimeter semi-automatic handgun, Model PT111, bearing Serial Number TSG88098, in furtherance of a drug trafficking crime, to wit: possession with intent to distribute cocaine base, also known as "crack cocaine", in violation of 21 U.S.C. § 841(a)(1), as charged in Count Two of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

<u>COUNT FOUR</u>:   (18 U.S.C. § 922(g)(1)--Felon in Possession of a Firearm)

The Grand Jury further charges that:

On or about April 6, 2005, at Fitchburg, in the District of Massachusetts,

**ANDRE ROSADO, a/k/a "DRE,"**

defendant herein did knowingly possess in and affecting commerce, a firearm, to wit:  a black Taurus 9 millimeter semi-automatic handgun, Model PT99AF, bearing Serial Number TRE08150, and a black and silver Taurus 9 millimeter semi-automatic handgun, Model PT111, bearing Serial Number TSG88098, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count 1 and 2 of this Indictment,

**ANDRE ROSADO, a/k/a "DRE,"**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
PETER K. LEVITT
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                    November ___, 2005

    Returned into the District Court by the Grand Jurors and filed.

_____ 11/3/05
Deputy Clerk           @ 2:05 PM

-8-

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** Fitchburg | **Category No.** II | **Investigating Agency** DEA |
| **City** Fitchburg | **Related Case Information:** | |
| **County** Worcester | Superseding Ind./ Inf.  X | Case No. 05-40011-FDS |
| | Same Defendant ___ New Defendant ___ | |
| | Magistrate Judge Case Number ___ | |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |

**Defendant Information:**

Defendant Name: Andre Rosado     Juvenile: ☐ Yes   X No
Alias Name: "Dre"
Address: 37 Pleasant Street, Fitchburg, MA
Birthdate: 1976   SS # 8431   Sex: MALE   Race: Hispanic   Nationalit USA

**Defense Counsel if known:** Ed Hayden     Address ___
Bar Number ___

**U.S. Attorney Information:**

AUSA Peter K. Levitt     Bar Number if applicable 565761

Interpreter: ☐ Yes   X No   List language and/or dialect: ___

Matter to be SEALED:   Yes   X No

Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date: April 6, 2005

Already in Federal Custody as of ___ in ___
Already in State Custody at ___ ☐ Serving Sentence   Awaiting Trial
On Pretrial Release: Ordered by: ___ on ___

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   X Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/3/05     Signature of AUSA: ___

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ANDRE ROSADO, A/K/A "DRE"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Distribution of cocaine base | 1 & 2 |
| Set 2  18 USC 924(C)(1) | Possessing firearm furtherance drug trafficking | 3 |
| Set 3  18 USC 922 | Felon in possession firearm | 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45.wpd.wpd - 2/7/02