10/03/05

To: Whom it may concern

    I'm writting in regards to being assigned a new attorney to represent me.
    My current attorney was given a nine thousand dollar retainer fee to represent me. He assured us he could handle the situation and that we would be satisfied with his work, which i'm not. He even admitted over phone conversations that he would need help.
    He also assured me he would share all info(police reports, statements, motions) with me so I could know what's going on and see what motions he's filled. This promise was given to me almost five months ago and I still have nothing that has to do with my case, which lead me to beleive he's not really representing me and in not proper terms literally robbed my family for their money.
    I'm asking this court to please assign me a qualified attorney that can help me due to my charges and the amount of time i'm facing.
    Also I would like to see how my family can get back some of their money back due to the inadaquate representation Mr.Wright has given us. My family will be filling criminal charges against Mr. Wright if an agreement cannot be reached. We feel he hasn't represented or shared info. with us, which he promised to do before we gave him the money.
    I hope to hear from this court in regards to this matter as soon as possible.

                                    Sincerly,
                                    Andre Rosado

God bless everyone

---

*11-1-05*

*I am treating this letter as a motion and as such, I am [granting?] this request for successor counsel as I have this day allowed past counsel's motion to withdraw and have appointed successor counsel.* [signature]