UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )   CRIMINAL ACTION
                                    )   NO. 05-40011-FDS
ANDRE ROSADO,                       )
        Defendant,                  )
_____ )

STATUS REPORT
November 2, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Appointment of Successor Counsel

I have this date allowed Mr. Rosado's retained counsel to withdraw on the grounds that there is an irretrievable breakdown in the attorney/client relationship between counsel and Mr. Rosado. I have further appointed successor counsel to represent Mr. Rosado and have continued this case for a further status conference in order to allow successor counsel time to meet Mr. Rosado and review discovery produced by the Government in this case.

2. Further Status Conference

A further status conference shall be held in this case on December 2, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor,

Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government, I am excluding from the Speedy Trial Act, the period from November 1, 2005 (date of expiration of prior order of excludable time) through December 2, 2005 (date by which Mr. Rosado's successor counsel will have had an opportunity to meet with Mr. Rosado and to review discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, February 10, 2006</u>.

                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE