```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )    **CRIMINAL ACTION**
                              )    **NO. 05-40011-FDS**
ANDRE ROSADO,                 )
          Defendant,          )
                              )
_____)

**STATUS REPORT**
**December 5, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Rosado has a new lawyer and the Government has provided that lawyer with discovery. Mr. Rosado's counsel has requested additional time for both Mr. Rosado (who is detained) and him to review discovery produced by the Government. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on January 30, 2006, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Rosado, I am excluding from the Speedy Trial Act, the period from December 2, 2005 (date of expiration of prior order of excludable time) through January 30, 2006 (date by which discovery shall be completed in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, April 10, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE