UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                  ) <br> ) <br> ANDRE ROSADO,             ) <br>         Defendant,     ) <br> ) | **CRIMINAL ACTION** <br> **NO. 05-40011-FDS** |

**ORDER OF EXCLUDABLE TIME**
December 5, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 2, 2005 (date of expiration of prior order of excludable time) through January 30, 2006 (date by which discovery shall be completed in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE