UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 05-40011-FDS
ANDRE ROSADO,                  )
          Defendant,           )
_____)
```

STATUS REPORT
January 30, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Both the Government and Mr. Rosado's counsel have requested additional time to complete discovery in this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 8, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and without objection from

Mr. Rosado's counsel, I am excluding from the Speedy Trial Act, the period from January 30, 2006 (date of expiration of prior order of excludable time) through March 8, 2006 (date by which discovery shall be completed in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, May 17, 2006</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE