# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40011-FDS** |
| ANDRE ROSADO, | ) | |
| Defendant, | ) | |

## STATUS REPORT
### March 15, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  Discovery

Both the Government and Mr. Rosado's counsel represent that discovery is complete. The parties have requested one month to explore whether a plea agreement can be reached. I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on April 13, 2006, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  Excludable Time

At the request of the Government and without objection from Mr. Rosado's counsel, I am

excluding from the Speedy Trial Act, the period from March 8, 2006 (date of expiration of prior order of excludable time) through and including April 13, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, June 22, 2006</u>.

                                            /s/Timothy S. Hillman
                                            TIMOTHY S. HILLMAN
                                            MAGISTRATE JUDGE