UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 05-40011-FDS |
| : | |
| ANDRE ROSADO : | |

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:  /s/ Leah B. Foley
                             LEAH B. FOLEY
                             Assistant U.S. Attorney
                             1 Courthouse Way, Suite 9200
                             Boston, MA 02210
                             (617) 748-3144
Dated: April 7, 2006          leah.foley@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                 Boston, Massachusetts
                                             April 7, 2006

I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendants' attorneys by electronic filing.

                                         /s/ Leah B. Foley
                                         LEAH B. FOLEY
                                         Assistant U.S. Attorney