# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>ANDRE ROSADO, )<br>Defendant, ) | **CRIMINAL ACTION**<br>**NO. 05-40011-FDS** |

## FINAL STATUS REPORT
### April 19, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.   Discovery

Both the Government and Mr. Rosado's counsel represent that discovery is complete. The parties have been engaged in on-going plea negotiations, however, they are unable to come to an agreement. Accordingly, they have requested that the case be returned to Judge Saylor for a final pretrial conference. In addition, the Defendant represents that there are no dispositive motions contemplated and that the case is ready for trial.

2. <u>Excludable Time</u>

At the request of the Government and without objection from Mr. Rosado's counsel, I am excluding from the Speedy Trial Act, the period from April 13, 2006 to the date of the pretrial conference.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE