UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

JOINT MOTION TO CONTINUE

Now comes counsel in the above-captioned case and requests that the court continue the pretrial conference and the trial from August 2, 2006 and August 7, 2006, respectively, to September 13, 2006 and September 18, 2006.

As reason therefore, defense counsel says that an unexpected conflict developed between the August 7th trial date and his family vacation plans. Furthermore, the prosecution is not sure that it can present its case within one week to fit within the court's schedule.

The defendant consents to the additional time being excluded.

For the defendant,

/s/Edward L. Hayden
Edward L. Hayden
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430