UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> ANDRE ROSADO, ) <br> ) <br> Defendant. ) | Criminal No. <br> 05-40011-FDS |

ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The parties appeared before the court for a status conference on May 24, 2006. To accommodate the schedule of defense counsel, the pretrial conference was scheduled for August 2, 2006.

On joint motion, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from May 24, 2006, through August 2, 2006, shall be excludable under the Speedy Trial Act pursuant to **18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).**

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **June 22, 2006**