UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>ANDRE ROSADO, )<br>)<br>Defendant. )<br>) | Criminal No.<br>**05-40011-FDS** |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On June 9, 2006, the parties filed a joint motion to continue the pretrial conference and trial from August 2, 2006 and August 7, 2006, respectively, until September 13, 2006 and September 18, 2006.  As grounds therefore, defense counsel notes an unexpected conflict in schedule, and the prosecution is not certain that it can present its case within the one week necessary to fit within the court's schedule.

On joint motion, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from August 2, 2006, through September 13, 2006, shall be excludable under the Speedy Trial Act pursuant to **18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A)**.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **June 22, 2006**