UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE RE BOOKING PHOTO

Now comes the defendant in the above-captioned case and requests that this court order the prosecution to not introduce into evidence or mention during its opening statement, use of the defendant's booking photo by law enforcement agents.

As reason therefore, the defendant says such information would be prejudicial to the defendant because it would bring to the jury's attention the defendant's prior arrests.

    For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430