UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE RE STOLEN FIREARM

Now comes the defendant in the above-captioned case and requests that this court order the prosecution to not introduce into evidence testimony that one of the firearms the defendant is charged with possessing was stolen.

As reason therefore, the defendant says that such testimony would be prejudicial and not probative of the charges against him.

                                                                For the defendant,

                                                   /s/ EDWARD L. HAYDEN
                                                   EDWARD L. HAYDEN
                                                   7 FRANKLIN STREET
                                                   LYNN MA 01902
                                                   (781) 599-1190
                                                   BBO #226430