UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE RE POLICE FAMILIARITY
WITH THE DEFENDANT

Now comes the defendant in the above-captioned case and requests that this court order the Commonwealth not to introduce into evidence testimony that the police were familiar with the defendant.

As reason therefore, the defendant says such testimony would be prejudicial and not probative of the charges against him.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430