UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) ) | Criminal No.  05-40011 |
| ANDRE ROSADO | ) ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief.  The government reserves the right to amend or supplement this list of its potential witnesses.

1.  Special Agent Phil Ball, ATF, Worcester, Massachusetts

2.  Betty Bleivik, Senior Forensic Chemist, Northeast Regional Laboratory, New York

3.  Sgt.  William Castro, Deputy Sheriff, Essex County Sheriff's Department, Massachusetts

4.  Detective James Connolly, Fitchburg Police Department, Fitchburg, Massachusetts

5.  Detective Charles Deming, Lunenburg Police Department, Lunenburg, Massachusetts

6.  Special Agent Dave DiTullio, DEA, Worcester, Massachusetts

7.  Michael Finnerty, ATF, Worcester, Massachusetts

8.  Detective Richard Fitchpatrick, Fitchburg Police Department, Fitchburg, Massachusetts

9.  Special Agent Dan Genese, DEA, Worcester, Massachusetts

10.  Detective James Gilbert,  Fitchburg Police Department, Fitchburg, Massachusetts

11.  Brian J.  Hall, Forensic Chemist, Northeast Regional Laboratory, New York

12.  Detective John Maki, Fitchburg Police Department, Fitchburg, Massachusetts

13. Detective Miguel Martinez, Clinton Police Department, Clinton, Massachusetts

14. Sargent John O'Leary, Fitchburg Police Department, Fitchburg, Massachusetts

15. Sargent Gary Oullette, Fitchburg Police Department, Fitchburg, Massachusetts

16. Special Agent Edgar Sarabia, DEA, Worcester, Massachusetts

17. Special Agent Debora Sifert, ATF, Worcester, Massachusetts

18. Detective Rocco Siciliano, Gardner Police Department, Gardner, Massachusetts

19. Detective Joseph Siciliano, Leominster Police Department, Gardner, Massachusetts

20. Kurt T. Wheeler, ATF, New Haven, Connecticut

              Respectfully Submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

       By:  */s/ Leah B. Foley*
              LEAH B. FOLEY
              Assistant United States Attorney