UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-40011
)
)
ANDRE ROSADO )
)

**GOVERNMENT'S EXHIBIT LIST**

1. Crack cocaine purchased from defendant on February 23, 2005

2. Audio taped conversation between the defendant and confidential source on February 23, 2005

3. Audio tape capturing the February 23, 2005 crack cocaine transaction

4. Crack cocaine recovered from the car driven by defendant on April 6, 2005

5. Taurus handgun recovered from the car driven by defendant on April 6, 2005

6. Taurus handgun thrown to the ground by defendant during foot chase

7. Five hundred fifty-one dollars in cash seized from defendant at his arrest

8. Crack cocaine recovered from defendant's pant pocket at booking station

9. Street map of area covered during police car pursuit of defendant

    Respectfully Submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   */s/ Leah B. Foley*
    LEAH B. FOLEY
    Assistant United States Attorney