UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE RE PHOTOGRAPH

Now comes the defendant in the above-captioned case and requests that this court rule in advance of trial on the admissibility of a photograph showing Candido Tomasini in possession of three handguns.

As reason therefore, the defendant says that Tomasini owned the Ford Taurus that the defendant was driving prior to his arrest. The police also found drugs and a gun in the car and one gun outside the car after it crashed.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430