UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| V. | ) NO. 05-40011 |
| | ) |
| ANDRE ROSADO | ) |

MOTION IN LIMINE RE DEA/MOBILE ENFORCEMENT TEAM

    Now comes the defendant in the above-captioned case and requests that this court order the prosecution to not introduce into evidence testimony that the Drug Enforcement Administration/Mobile Enforcement Team targets violent drug trafficking organizations.

    As reason therefore, the defendant says the relevance of such testimony is outweighed by its prejudicial effect.

For the defendant,

/s/ Edward L. Hayden
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430