9.8.2006

Dear Mr. Saylor

I'm writing to you in order to stop my trial that is scheduled to start on Sept 18, 2006.

I would like to be assigned a qualified attorney that will not mislead or help the government to secure a conviction against me.

Mr. Hayden claims that the government doesn't have to produce statements from officers or witnesses that they (government) plan to call as witnesses. I feel that with that being said and done to me (denying discovery) my attorney is not acting in my best intrest, with helping the government failing to disclose all discovery.

I also feel that his investigator has not done a good job with finding my witnesses. Mr. Hayden said that what would they remember now" I said probably nothing now because your investigator didn't look at finding the witnesses when I told him about them almost a year ago.

I would like the court to either assign me a qualified attorney that has the best intrest in his client and not the people that give him a pay check, or be entitled to all notes, statements, and observation from every and all officers that are involved in my case.

Thank You
Andre Rosado