UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-40011 |
| ANDRE ROSADO | ) ) ) ) | |

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST**

1. Crack cocaine purchased from defendant on February 23, 2005

2. Audio taped conversation between the defendant and confidential source on February 23, 2005

3. Audio tape capturing the February 23, 2005 crack cocaine transaction

4. Crack cocaine recovered from the car driven by defendant on April 6, 2005

5. Taurus handgun recovered from the car driven by defendant on April 6, 2005

6. Taurus handgun thrown to the ground by defendant during foot chase

7. Five hundred fifty-one dollars in cash seized from defendant at his arrest

8. Crack cocaine recovered from defendant's pant pocket at booking station

9. Street map of area covered during police car pursuit of defendant

10. RMV certified registration for 1998 Ford Taurus, MA registration 36JX59

11. Certified copy of license history of Candido Tomasini

12. Photographs of crack cocaine taken in Ford Taurus and photographs of the car taken at

     the scene of the accident

13.    Cell phone found on defendant and cell phone recovered in the car driven by defendant on date of his arrest

                                                    Respectfully Submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                               By:    ***/s/ Leah B. Foley***
                                                    LEAH B. FOLEY
                                                    Assistant United States Attorney