UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE RE RMV RECORDS

Now comes the defendant in the above-captioned case and requests that this court order the prosecution to not introduce evidence of Candido Tomasini's license status on April 6, 2005.

As reason therefore, the defendant says such testimony would be outweighed by its prejudicial effect.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430