UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 05-40011-FDS |
| ANDRE ROSADO, ) | |
| ) | |
| Defendant. ) | |

# ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a pretrial conference before this Court on September 13, 2006, defendant moved that this Court continue the trial scheduled for September 18, 2006. As reasons therefor, counsel for defendant stated that he had been unable to secure the attendance of potentially key witnesses to the alleged crime and that he had had some difficulty locating them. To accommodate defendant's request for additional time to prepare for trial, and with the assent of the United States, the trial was continued until October 16, 2006.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 13, 2006, through October 16, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **September 15, 2006**