UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) | Criminal No.  05-40011 |
| ANDRE ROSADO | ) ) ) ) ) | |

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief.  The government reserves the right to amend or supplement this list of its potential witnesses.

1.  Special Agent Phil Ball, ATF, Worcester, Massachusetts

2.  Betty Bleivik, Senior Forensic Chemist, Northeast Regional Laboratory, New York

3.  Sgt.  William Castro, Deputy Sheriff, Essex County Sheriff's Department, Massachusetts

4.  Officer Jude Chabot, Fitchburg Police Department, Fitchburg, Massachusetts

5.  Detective James Connolly, Fitchburg Police Department, Fitchburg, Massachusetts

6.  Detective Charles Deming, Lunenburg Police Department, Lunenburg, Massachusetts

7.  Special Agent Dave DiTullio, DEA, Worcester, Massachusetts

8.  Detective Richard Fitchpatrick, Fitchburg Police Department, Fitchburg, Massachusetts

9.  Officer Christopher Garcia, Fitchburg Police Department, Fitchburg, Massachusetts

10.  Special Agent Dan Genese, DEA, Worcester, Massachusetts

11.  Detective James Gilbert,  Fitchburg Police Department, Fitchburg, Massachusetts

12.  Brian J.  Hall, Forensic Chemist, Northeast Regional Laboratory, New York

13. Detective John Maki, Fitchburg Police Department, Fitchburg, Massachusetts

14. Detective Miguel Martinez, Clinton Police Department, Clinton, Massachusetts

15. Sargent John O'Leary, Fitchburg Police Department, Fitchburg, Massachusetts

16. Trooper Carl Oley, Massachusetts State Police, Massachusetts

17. Sargent Gary Oullette, Fitchburg Police Department, Fitchburg, Massachusetts

18. Detective Perry Pappas, Fitchburg Police Department, Fitchburg, Massachusetts

19. Special Agent Edgar Sarabia, DEA, Worcester, Massachusetts

20. Special Agent Debora Sifert, ATF, Worcester, Massachusetts

21. Detective Rocco Siciliano, Gardner Police Department, Gardner, Massachusetts

22. Detective Joseph Siciliano, Leominster Police Department, Gardner, Massachusetts

23. Keeper of Records, Massachusetts Registry of Motor Vehicles

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    */s/ Leah B. Foley*
        LEAH B. FOLEY
        Assistant United States Attorney