UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

MOTION IN LIMINE
RE PAROLE OFFICER

Now comes the defendant in the above-captioned case and requests that this court not permit the prosecution to call as a witness in its case in chief the defendant's parole officer.

As reason therefore, the defendant says that the probative value of the parole officer's testimony would be outweighed by its prejudicial effect in light of the fact that the defendant is not contesting he is the defendant listed on the prior offense.

For the defendant,

*Edward L. Hayden* (signature)
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO # 226430