CASE NO: (~~~~~) (CRIMINAL) 05-40011

TITLE: USA                    VS  Rosado

## J U R Y   P A N E L

(1. MaryAnn Kazmierczak          (8 May Laborte
(2. Louis Graves                 (9 Dennis Osborn
(3. Lucille Pion                 (10 Chu-wan Yang
(4. Brian Tremblay               (11 Mack Bennett
(5. Jay OConnor (ALT 2)          (12 Colleen Gould
(6. Lawrence Viel                (13 Sarah Connly (ALT 1)
(7 James Thompson (Foreperson)   (14 Jessica Giancaterino
        Alternate # 1                        Alternate # 2

_____ Alternate # 3          _____ Alternate # 4

| (PLTFF) (GOV'T)  W I T N E S S E S | DEFENDANT |
|---|---|
| 1. David DiTullio    11/14/06 | 1. |
| 2. William Castro    11/14/06 | 2. |
| 3. Gary Ouellette    11/15/06 | 3. |
| 4. Joseph Siciliano  11/15/06 | 4. |
| 5. Miguel Martinez   11/15/06 | 5. |
| 6. John Maki         11/15/06 | 6. |
| 7. Betty Bleivik     11/15/06 | 7. |
| 8. Brian Hall        11/15/06 | 8. |
| 9. Carl Oley         11/15/06 | 9. |
| 10. Kurt Wheeler     11/15/06 | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | |