AO 187A (REV. 7/87)        **EXHIBIT AND WITNESS LIST –** ~~CONTINUED~~

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | USA vs. Rosado | | | CASE NO. 05-40011 |
| 1 | | 11/14/06 | ✓ | ✓ | Audio tape of 2/23/05 |
| 1A | | " | ✓ | | Transcript of Exhibit 1 |
| 2 | | " | ✓ | ✓ | Audio tape of 2/23/05 drug transaction |
| 3 | | " | ✓ | ✓ | Crack Cocaine from 2/23/05 |
| 4 | | " | ✓ | ✓ | Fire Arm |
| 4A | | " | ✓ | ✓ | Fire Arm Ammunition |
| 5 | | " | ✓ | ✓ | Fire Arm |
| 5A | | " | ✓ | ✓ | Fire Arm Ammunition |
| 13 | | 11/15/06 | ✓ | ✓ | Photograph of Who's next barber shop |
| 8 | | " | ✓ | ✓ | Street map of Area in Fitchburg, MA |
| 14 | | " | ✓ | ✓ | Photograph of Spruce Street |
| 15 | | " | ✓ | ✓ | " of Spruce & Hale Street |
| 16 | | " | ✓ | ✓ | " of car crash |
| 17 | | " | ✓ | ✓ | " of Cocaine Base in car |
| 18 | | " | ✓ | ✓ | " " " " " " |
| 19 | | " | ✓ | ✓ | " " " " " " |
| 20 | | " | ✓ | ✓ | " " gun in console of car |
| 21 | | " | ✓ | ✓ | " " location of foot pursuit |
| 22 | | " | ✓ | ✓ | " " fence |
| 6 | | " | ✓ | ✓ | Crack found in car |
| 9 | | " | ✓ | ✓ | Photograph of Gun |
| 11 | | " | ✓ | ✓ | " " Gun |
| 12 | | " | ✓ | ✓ | " " Cocaine Base |
| 25 | | " | ✓ | ✓ | Car registration card |