*Entered*
*2:45pm*
*11/16/06*
*RC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
                              )
UNITED STATES of AMERICA      )
                              )
     v.                       )        Criminal No.
                              )        05-40011-FDS
ANDRE ROSADO,                 )
                              )
     Defendant.               )
                              )
```

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

**1.    As to COUNT ONE (Distribution of Cocaine Base):**

        __✓__ Guilty             _____ Not Guilty

*If you find the defendant **not guilty**, please proceed directly to Count Two. If you find the defendant **guilty**, please answer the following question:*

Was the amount of the cocaine base distributed by the defendant five grams or more?

        __✓__ Yes             _____ No

**2.    As to COUNT TWO (Possession of Cocaine Base with Intent to Distribute):**

        __✓__ Guilty              _____ Not Guilty

*If you find the defendant **not guilty**, please proceed to the question concerning the lesser included offense of possession of cocaine base. If you find the defendant **guilty**, please skip that question, but answer the following question:*

Was the amount of the cocaine base possessed by the defendant with intent to distribute five grams or more?

        __✓__ Yes             _____ No

**2A.    As to COUNT TWO - Lesser Included Offense (Possession of Cocaine Base):**

*Answer this question ONLY if you find the defendant **not guilty** of possession of cocaine base with intent to distribute:*

How do you find the defendant as to the lesser included offense of possession of cocaine base?

_____ Guilty                    _____ Not Guilty

*If you find the defendant **not guilty** of the lesser included offense of possession of cocaine base, please proceed directly to Count Three. If you find the defendant **guilty** as to the lesser included offense of possession of cocaine base, please answer the following question:*

Was the amount of the cocaine base possessed by the defendant five grams or more?

_____ Yes                    _____ No

**3.    As to COUNT THREE (Possession of a Firearm in Furtherance of a Drug Trafficking Offense):**

__✓___ Guilty                    _____ Not Guilty

**4.    As to COUNT FOUR (Possession of a Firearm by Convicted Person):**

__✓___ Guilty                    _____ Not Guilty

**Your deliberations are complete.  Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _____          DATE: __11/16/06.___

2

DID THE TAURUS MAKE A
FRONT IMPACT WITH THE
~~WM~~ SECOND WALL IN EXHIBIT 16?


IN ORDER TO TAKE CONSTRUCTIVE
POSSESSION DO YOU HAVE TO
KNOW THAT ~~THEY~~ ~~ARE~~ THERE?
THE ARTICLE IS

11/16/06

WE'VE REACHED A VERDICT

— 11/16/06