UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| V. | ) NO. 05-40011 |
| | ) |
| ANDRE ROSADO | ) |

MOTION FOR ADDITIONAL FUNDS FOR AN
INVESTIGATOR

Now comes the defendant in the above-captioned case and requests that this Court, pursuant to 18 U.S.C. 3006A(e)(1) grant additional funds not to exceed Two Thousand Fifty Nine ($2,059.00) Dollars for the services of an investigator.

As reason therefore, the defendant says that an investigator is necessary for counsel to provide adequate representation.

The defendant is indigent and cannot afford to retain an investigator.

The Fifth Amendment right to due process and the Sixth Amendment right to the effective assistance of counsel require that the defendant be permitted to retain the services of an investigator.

The defendant submits the attached affidavit of counsel.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 05-40011 |
| ) | |
| ANDRE ROSADO ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR ADDITIONAL FUNDS FOR AN
INVESTIGATOR

1. My name is Edward L. Hayden. I am an attorney with an office at 7 Franklin Street, Lynn MA.

2. I represent the defendant in the above-captioned case.

3. The defendant is indigent and unable to retain the services of an investigator.

4. The court previously allowed $1,500.00 for an investigator.

5. On November 27, 2006, the investigator, James Mulvey, presented me with a bill for $3,559.00.

Signed under the pains and penalties of perjury this 27th day of November, 2006.

/s/ Edward L. Hayden