UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| V. | ) NO. 05-40011 |
| | ) |
| ANDRE ROSADO | ) |

MOTION TO CONTINUE DEADLINE
FOR SUBMITTING SENTENCING MEMORANDUM

Now comes counsel in the above-captioned case and requests additional time to file a sentencing memorandum.

As reasons therefore, counsel says that he has completed a draft of the memorandum, but on January 19, 2007, the defendant informed counsel that he wanted to review the memorandum prior to its submission. Counsel requests one additional week to submit the memorandum.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430