UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) CRIMINAL ACTION |
| V. | ) NO. 05-40011<br>) |
| ANDRE ROSADO | ) |

MOTION TO WAIVE FILING FEE OF APPEAL

Now comes the defendant in the above case and requests this Court to waive the fee for filing an appeal in the above-referenced matter.

As reason therefore, the defendant says that he is presently incarcerated and is indigent and cannot afford to pay the filing fee of an appeal.

For the defendant,

*Edward L. Hayden*
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430