# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | 05-40011-001 |
| | ) | |
| **Andre Rosado** | ) | |

### Notice of Appeal

Notice is hereby given that Andre Rosado, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on March 9, 2007.

> Respectfully submitted,
> ANDRE ROSADO
> By his attorney,
>
> *Edward J. Hayden*
> EDWARD L. HAYDEN
> 7 Franklin Street
> Lynn MA 01902
> (781) 599-1190
> BBO #226430

Dated: March 13, 2007