UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr40011-FDS

UNITED STATES OF AMERICA

v.

ANDRE ROSADO

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-60, 62-69, 71-78 & 80-82 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/15/07
In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/16/07

Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
By:   Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/19/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:      07-1465

RETURN TO:   US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06