Andre Rosado
Reg. No. 80495-038
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

July 3, 2007

Honorable Clerk of the Court
U.S. District Court
595 Main Street
Worcester, MA 01603

Re: <u>United States v. Rosado</u>   Docket No. 4:05 CR 40011 001 FDS

Dear Honorable Clerk of the Court,

    I hope that this letter finds you and yours in the best of health and happiness.

    I am humbly requesting that you forward me a complete copy of my CRIMINAL DOCKET SHEET at your earliest convenience. I am in need of this legal document for further use in the investigation of my proceedings and overall case.

    I truly thank you in advance for your time and understanding in this most important matter.

Sincerely,

*Andre Rosado*
80495038