UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 05-40011-FDS |
| | ) | |
| Andre Rosado | ) | |

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes counsel in the above-captioned case and requests that the court appoint him to handle a potential Motion for a Reduction in Term of Imprisonment as a result of amended guideline range for crack cocaine offenses.

As reason therefore, counsel says that he represented the defendant at his trial and the defendant has requested that he represent him for purposes of the crack reduction motion.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO 226430

| | |
|---|---|
| Filename: | rosadored |
| Directory: | C:\Documents and Settings\All Users\Documents\cathy |
| Template: | C:\Documents and Settings\End User\Application Data\Microsoft\Templates\Normal.dot |
| Title: | UNITED STATES DISTRICT COURT |
| Subject: | |
| Author: | End User |
| Keywords: | |
| Comments: | |
| Creation Date: | 5/5/2008 4:12:00 PM |
| Change Number: | 6 |
| Last Saved On: | 5/6/2008 10:36:00 AM |
| Last Saved By: | law |
| Total Editing Time: | 2 Minutes |
| Last Printed On: | 5/6/2008 2:42:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 134 (approx.) |
|    Number of Characters: | 768 (approx.) |