# United States Court of Appeals
## For the First Circuit

## MANDATE

No. 07-1465

UNITED STATES OF AMERICA,

Appellee,

v.

ANDRE ROSADO,

Defendant, Appellant.

---

### JUDGMENT

Entered: April 14, 2008

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_MT_
Deputy Clerk

Date: 5/7/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Casey, Mr. Howard, Ms. Chaitowitz, & Ms. Foley.