5·23·08

Dear Mr. Hayden

I'm writting in regards to the letter you sent me dated May 8, 2008.

My concern is with an agreement we came to in regards with the motion for the 2 point deduction. I was under the impression that you would not file for that matter, until you allow me to view the motion before it is filed

I'm not clear as to what the clerk has informed you that cannot be done. I would like for you to be more clearer for me. I dont know if she cannot accept the motion or you representing me on that matter.

Please be aware, that I would like to view the motion before it is presented to the judge for consideration.

Thank you for taking the time to read this and I hope to hear from you soon on this matter.

Thank You
Andre Rosado

c clerk of Courts (worcester)
Andre Rosado